**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**KEVIN VENTURA,**                                      20-cv-8064 (JGK)

        Petitioner,                      <u>ORDER</u>

   - against –

**UNITED STATES OF AMERICA,**

        Respondent.

_____

**JOHN G. KOELTL, District Judge:**

    The Clerk of Court is respectfully directed to place Exhibits 3 and 4 to the petitioner's post-hearing brief (ECF Nos. 35-3, 35-4) under seal because those exhibits contain sensitive confidential information.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **August 25, 2023**          ____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                       **United States District Judge**